UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  20-CR-3357-JLS |
| Plaintiff, | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| v. | |
| GABRIELA ROGERS, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the joint motion for an Order continuing the motion hearing and trial setting scheduled for December 4, 2020 at 1:30 p.m. to January 15, 2021 at 1:30 p.m. in order for the parties to calendar and enter a change of plea is GRANTED.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED:  November 17, 2020

Honorable Janis L. Sammartino
United States District Judge