UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 20-CR-3357-JLS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER AND FINDINGS OF FACT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| GABRIELA ROGERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1.   On December 9, 2020, the Chief United States District Judge of the Southern District of California entered an Order suspending jury trials and other proceedings scheduled to begin before January 11, 2021. *See* Order of the Chief Judge No. 52A, In The Matter Of Renewed Suspension Of Jury Trials And Other In-Person Proceedings During the COVID-19 Public Emergency (Revised) (OCJ No. 52A). This Order, which is hereby incorporated by reference, was imposed based on the California Regional Stay at Home Order issued on December 3, 2020, detailing "an unprecedented surge in the level of community spread of COVID-19" and the order issued by the County of San Diego on December 6, 2020, implementing the state order.

2.   In light of the public health restrictions and in order to protect public safety and prevent the spread of the COVID-19 virus, the Court suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" until at least January 8, 2021. The Court

1   extended OCJ No. 52A to January 22, 2021, and then to February 5,

2   2021.  *See* OCJ Nos. 52B, 52C.

3       3.    On January 25, 2021, the Court issued OCJ No. 56, which

4   noted "that felony pleas under Rule 11 of the Federal Rules of

5   Criminal Procedure … cannot be conducted in person without

6   seriously jeopardizing public health and safety."

7       4.    However, under OCJ 52A and its progeny, OCJ No. 56, and

8   Section 15002(b)(2)(A) of the CARES Act, a Court presiding over a

9   particular case can authorize the use of video teleconferencing or

10  telephone conferencing for a change of plea upon finding specific

11  reasons that the plea cannot be further delayed without serious

12  harm to the interests of justice and with the approval of the

13  Defendant.

14      5.    For the reasons detailed in the parties' joint motion to

15  authorize video teleconferencing for a change of plea, the Court

16  finds that a further delay in the Defendant's plea hearing would

17  cause serious harm to the interests of justice. Setting a prompt

18  change of plea date will allow the Defendant to request a non-

19  custodial sentence at the earliest possible date, prevent the

20  Defendant from being or remaining incarcerated longer than is

21  necessary, and satisfy the objectives of sentencing under the

22  United States Sentencing Guidelines and 18 U.S.C. § 3553.

23      6.    Therefore, the Court hereby authorizes a change of plea

24  hearing to take place via video teleconferencing or

25  teleconferencing at the earliest possible date.  The presiding

26  judge shall confirm on the record at the time of the change of

27  plea hearing that the defendant has been advised by counsel and

28

1  consents to the hearing proceeding via video teleconferencing or

2  teleconferencing.

3       IT IS SO ORDERED.

4  Dated:  February 10, 2021

       *Janis L. Sammartino*
       Hon. Janis L. Sammartino
       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28